# EXHIBIT E



**Kevin Polston**
Superintendent of Schools

**Kentwood Public Schools**
5820 Eastern Ave SE
Kentwood, MI 49508
Phone: (616)455-4400

Office of Superintendent

August 20, 2021

Dear Parents and Guardians,

Today, the Kent County Health Department (KCHD) issued a new Public Health Order mandating the use of face coverings in grades PK-6. The Order from the KCHD affirms the decision by Kentwood Public Schools (KPS) to implement the district plan communicated on August 17, 2021. KPS mandates the use of face coverings during the school day in grades PK-12 by staff, students, and visitors while indoors. KPS will continue to carefully evaluate what is necessary to ensure the safety and wellbeing of our students and staff by monitoring conditions as they evolve.

Additionally, the KCHD updated the quarantine policy for schools. When contact tracing, the KCHD stipulates that if both students associated with a positive case (the positive student and the close contact) are wearing a face covering, the close contact will NOT be required to quarantine. **Therefore, the KPS plan mandating universal face coverings eliminates the risk of your child being quarantined at school.**

### Vaccination Opportunities

The COVID-19 vaccine prevents infection, slows community transmission, and reduces the risk of severe outcomes. KPS has always partnered with the families of our community to protect our children. If vaccinations go up, it is safer for children that cannot be vaccinated. As a result, we are partnering with Metro Health to provide a vaccine clinic open to anyone in the community. **As of today, 42% of students ages 12-17 and 68% of community members ages 16+ in Kentwood are vaccinated.**

If you have not yet been vaccinated, join us at the district administration building on Friday, August 27th to get your vaccination and help protect our children. Please click here for more information. For additional vaccination sites and information about the vaccine, visit https://vaccinatewestmi.com/.

As we start school, the best place to get information is the district website at www.kentwoodps.org. Please do not hesitate to reach out to your child's principal with any questions or concerns.

Thank you for your support as we continue to prepare for a successful 2021-2022 school year. **I look forward to seeing our students back in school on Monday, August, 23!**

Sincerely,

*[signature]*

Kevin Polston
Superintendent
Kentwood Public Schools