UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| T.S., a minor, K.S., a minor, R.S., a minor, and C.S., a minor, by and through their parent, ALAN STAATS, II. ) ) ) Plaintiffs, ) ) -v- ) ) ) ) KENWOOD PUBLIC SCHOOLS BOARD ) OF EDUCATION, et al. ) Defendants. ) ) | No. 1:21-cv-832<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 30, 2021                                                    /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge